# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| Bethani LEE, as Personal Representative of the Estate of Jonee Adair Lee-Livingston,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MYLAN INC., *et. al*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 5:10-CV-361 (MTT) |

## ORDER

This matter is before the Court on the Plaintiff's Letter Regarding the Amended Complaint and the Defendants' Motion for Summary Judgment. (Doc. 37). The Court construes the letter as a Motion to Amend the Complaint and to Add Mr. Calvin Livingston as a plaintiff. The Motion is **GRANTED**. The letter also states that counsel for the Defendants agrees that the addition of Mr. Livingston moots its Motion for Summary Judgment. Accordingly, the Defendants' Motion for Summary Judgment is **DENIED** *without prejudice*. Pursuant to Fed. R. Civ. P. 15(a)(3), the Defendants have 14 days after service of the amended complaint to respond.

**SO ORDERED**, this the 26th day of July, 2011.

　　　　　　　　　　　　　　　　S/ Marc T. Treadwell
　　　　　　　　　　　　　　　　MARC T. TREADWELL, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT